UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER CARNO,

                      Plaintiff,

-against-

THE UNITED STATES OF AMERICA, FEDERAL
BUREAU OF PRISONS, WESTCHESTER
COUNTY JAIL, CORRECT CARE SOLUTIONS
INC., WARDEN OR SUPERINTENDENT OR
SHERIFF OF WESTCHESTER COUNTY JAIL,
MEDICAL DIRECTOR OR CEO OF CORRECT
CARE SOLUTIONS, ACTING DIRECTOR OF
FEDERAL BUREAU OF PRISONS,

                      Defendants.

17 cv 7998 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Plaintiff Alexander Carno ("Plaintiff"), appearing *pro se*, commenced this action against the United States of America ("United States" or "Government"), Federal Bureau of Prisons ("BOP"), and Acting Director of Federal Bureau of Prisons, (together, "Federal Defendants"); Correct Care Solutions Inc. and Medical Director or CEO of Correct Care Solutions, Inc. (together "Correct Care Defendants"), Westchester County Jail and Warden or Superintendent or Sheriff of Westchester County Jail, (together, "Westchester Defendants"), (collectively, "Defendants"), pursuant to 42 U.S.C. § 1983, *Monell v. Dept't of Soc. Serv. of the City of N.Y.*, and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346 and 2671 *et seq.* (*See* Complaint, ECF No. 2.)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2020

Plaintiff was granted until December 31, 2019, to demonstrate to the Court that he had not abandoned his claims and was taking diligent steps to prosecute them. (Order to Show Cause, ECF No. 100.) Despite the passage of more than a month, Plaintiff has failed to communicate with the Court or otherwise respond to the OSC. Accordingly, on January 13, 2020, due to Plaintiff's failure to prosecute this action, the action was dismissed pursuant to Fed R. Civ. P. 41(b). (Order of Dismissal, ECF No. 101.)

The Clerk's Office mailed a copy of the January 13, 2020 Order of Dismissal to Plaintiff's last known address, at the Federal Correctional Complex - Allenwood, but the mail was returned as undeliverable. (*See* ECF Dkt. Entry Dated January 29, 2020.) Through the Court's own review of Federal Bureau of Prisons records, it appears that Plaintiff is presently located at New York Residential Reentry Management (RRM).

The Clerk of the Court is respectfully directed to update the docket to reflect Plaintiff's updated address as listed below. The Clerk of the Court is further requested to mail a copy of this Order and the Order of Dismissal (ECF No. 101) to Plaintiff at the updated address and file proof of service on the docket.

Alexander Carno
BOP Register No. 73555-054
New York RRM
P.O. Box 329002
Brooklyn, NY 11232

Dated: February 4, 2020
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge